Ex 9/4/14

MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE

SPEED TECHNOLOGIES, LLC,

Debtor(s).
_____/

BK-N- 14-51413-btb
CHAPTER 11
Hearing Date: OST Requested
and Time:_____
Mtn No. _____
Est Time: 25 Minutes
DECLARATION OF JOHN BUSH IN
SUPPORT OF MOTION TO COMPEL
TURNOVER OF ESTATE PROPERTY

COMES NOW Debtor above named by and through undersigned counsel and files the attached Declaration of John Bush in support of its motion to compel turnover of estate property.

Dated: This ___3___ day of September_____, 2014

By: _____
Michael Lehners, Esq.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331

gr

1  Code No. 1520
   RICHARD G. HILL, ESQ.
2  State Bar No. 596
   SOPHIE A. KARADANIS, ESQ.
3  State Bar No. 12006
   RICHARD G. HILL, LTD.
4  652 Forest Street
   Reno, Nevada 89509
5  (775) 348-0888
   Attorneys for defendant
6  Speed Technologies, LLC

7

8          IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

9                  IN AND FOR THE COUNTY OF WASHOE

10

11  TONY HEWES, an individual,           )
                                         )   Case No.: CV14-01401
12              Plaintiff,               )
                                         )   Dept. No.    7
13  v.                                   )
                                         )
14  BIACHI [sic] ESTATES, LLC, a limited liability )
    company; and SPEED TECHNOLOGIES, LLC, )
15  a limited liability company; and DOES I-X )
    inclusive.                           )
16              Defendants.              )
                                         )

17

18              __DECLARATION OF JOHN BUSH__

19

20          JOHN BUSH, being first duly sworn, deposes and under penalty of perjury

21  avers:

22          1. I am a resident of the City of Reno, County of Washoe, State of Nevada, and

23  over 18 years of age.  This declaration is based on my personal knowledge, except those

24  matters stated on information and belief, and as to those items I believe them to be true.

25  This declaration is made in support of defendants's *Emergency Motion for Temporary*

26  *Restraining Order, Preliminary and Permanent Injunction* filed herein and represents my

27  testimony if called on to present same in court.

28  ///

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

2. I am the general manager of the defendant Speed Technologies, LLC. In that capacity, I have personal knowledge that Lu Bianchi, the owner of Bianchi Enterprises, LLC, a California limited liability company not authorized to do business in Nevada, has done the following:

a) She caused Speed Technologies, LLC, to be evicted from its business premises at 9176 South Virginia Street, and

b) She has refused, despite repeated requests, to allow Speed Technologies, LLC, to remove any of its property from the leased premises.

3. She has now caused vehicles to be taken by Mr. John King, doing business as "Cal-Nevada Towing," to his tow yard at 1408 Pittman Avenue, Reno, Nevada. Attached as EXHIBIT 1 are copies of the registrations.

4. Mr. King has now sent Speed Technologies, LLC, a notice that he intends to conduct a sale of Speed Technologies, LLC's property described above, on Saturday, September 6, 2014, at 1408 Pittman Avenue, Reno, Nevada. A true and correct copy of Mr. King's notice is attached as EXHIBIT 2.

5. Ms. Bianchi has sent us a letter to the effect that the sale is to be August 20, 2014. A copy of that correspondence is attached as EXHIBIT 3.

6. I have consulted with Mr. King, a longtime acquaintance. He has told me that he took the described vehicles at the request and instruction of Ms. Bianchi.

7. Mr. King told me he was acting pursuant to a court order, but would not show it to me. I am told that no such order was issued by Reno Justice's Court.

8. On behalf of Speed Technologies, LLC, I offered to pay all charges he claims to have incurred in relation to any property in his possession that belongs to Speed Technologies, LLC. Mr. King refused, citing the referenced court order.

///

///

///

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

1    I declare under penalty of perjury under the laws of the State of Nevada that the

2   foregoing is true and correct.

3    **AFFIRMATION Pursuant to NRS 239B.030**

4    The undersigned does hereby affirm that the preceding document does not

5   contain the social security number of any person.

6    DATED this ___12___ day of August, 2014.

7

8    JOHN BUSH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

3

1

EXHIBIT INDEX

2

| EXHIBIT NO. | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Copies of registrations | |
| 2 | Notice of sale (9/6/14) | |
| 3 | Notice of sale (8/20/14) | |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE
RICHARD  G.  HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

4

# EXHIBIT 1

# EXHIBIT 1



# DMV

## 2013 EXPIRES 4-11-2013

| LICENSE NUMBER | YEAR | MAKE | TYPE | CYL | MSRP | FUEL | AXLE | DECL. WEIGHT | UN.LDN. WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| GOLIETH | 2006 | FORD | TIC | 6 | 50284 | D | 2 | 5999 | |

| VEHICLE IDENTIFICATION NUMBER | MODEL NAME | COUNTY BASED |
|---|---|---|
| 3FRWW65X66V251867 | F650 SUPER DUTY | WASHOE |

RANCHARRAH  
6001 TALBOT LN  
RENO NV 89509-6127

PERSONALIZED PLATE RENEWAL      20.00  
REGISTRATION FEE - TRUCKS      33.00  
BASIC GOV SERVICES TAX - WASHOE      317.00

TOTAL FEE:      370.00

25

RANCHARRAH  
6001 TALBOT LN  
RENO NV 89509-6127

Instructions for applying the decal to the rear  
license plate are on the reverse of this form.

NEVADA 04 2013 GOLIETH

PEEL HERE

PLATES AND REGISTRATION MUST BE RETURNED WHEN NOT OPERATING VEHICLE  
Form NVREG04     Batch 6049 Seq 25

# Kawasaki Arctic Cat of Reno

2345 Market St.
Reno, NV 89502
775-786-8696

## Sales Deal Summary

| | |
|---|---|
| Deal Number | 2423 |
| Date | 2/16/2012 |
| Delivery Date | 2/15/2012 |
| Finalized Date | |
| First Payment Due | 3/31/2012 |

**Customer:**

SUSPERLITE CHAMPIONSHIP
9716 S. VIRGINA STREET, SUITE 100
RENO, NV 89509
775-750-7166

*One of These is at speed no sun if they have it.*

| Major Units | Stock# | Year | Make | Model# | Model Name | VIN |
|---|---|---|---|---|---|---|
| | KR0986 | 2012 | KAWASAKI | KRT750BCF | 4 SEATER | JKARTDB18CB500986 |
| | KR1129 | 2012 | KAWASAKI | KRT750BCF | 4 SEATER | JKARTDB12CB501129 |

## Major Units

| | |
|---|---|
| Unit | $24,478.00 |
| Freight | $0.00 |
| Handling | $0.00 |
| Total Unit | $24,478.00 |
| Parts and Accessories | $0.00 |
| Installation | $0.00 |
| Total Parts and Install | $0.00 |
| Bank Fees | $0.00 |
| P.P.M. | $0.00 |
| ACQ FEE | $0.00 |
| REBATE | $0.00 |
| SETUP | $0.00 |
| (not used) | $0.00 |
| Total Dealer Defined | $0.00 |

## Fees & Insurance

| | |
|---|---|
| Vehicle Tax | $0.00 |
| Sales Tax | $1,890.92 |
| Doc Fees | $0.00 |
| License Fees | $0.00 |
| Total Fees | $1,890.92 |
| Service Contract | $0.00 |
| Prop / Liab Insurance | $0.00 |
| Credit Life | $0.00 |
| Accident / Health | $0.00 |
| Total Insurance Taxes | $0.00 |
| Total Insurance | $0.00 |
| Total Dealer Defined | $0.00 |

## Down Payment

| | |
|---|---|
| Total Previous Payments | $0.00 |
| Additional Pmt Today | $0.00 |
| Deferred Payment | $0.00 |
| Financing Extra | $0.00 |
| Manuf to Cust Rebate | $0.00 |
| Total Down Payment | $0.00 |
| Trade Allowance | $0.00 |
| Less Trade Payoff | $0.00 |
| Trade Equity | $0.00 |

## Financing

| | | | |
|---|---|---|---|
| Total Price | $26,368.92 | Term | 1 |
| Less Down | $0.00 | APR | 0.000% |
| Amount Financed | $26,368.92 | Add-on | 0.0% |
| Finance Charge | $0.00 | Extra | 0.0% |
| Total of Payments | $26,368.92 | Monthly Payment | $26,368.92 |

2/16/2012 1:47:31 PM



## 2013 EXPIRES 9-15-2013

| LICENSE NUMBER | YEAR | MAKE | | TYPE | CYL | MSRP | FUEL | AXLE | DECL WEIGHT | UNLDN WEIGHT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2G333V | 2008 | UHUT | | 4W | | 32234 | 0 | 2 | | 2970 |

| VEHICLE IDENTIFICATION NUMBER | MODEL NAME | COUNTY BASED |
|---|---|---|
| 1U9EU20257R081569 | BOX | WASHOE |

SPEED TECHNOLOGIES INC
9716 S VIRGINIA ST STE 100
RENO NV 89611-4810

REGISTRATION FEE - TRAILERS OVER 10          24.00
BASIC GOV SERVICES TAX - WASHOE             293.00

TOTAL FEE:      317.00

273

SPEED TECHNOLOGIES INC
9716 S VIRGINIA ST STE 100
RENO NV 89511-4810

**PLATES AND REGISTRATION MUST BE RETURNED WHEN NOT OPERATING VEHICLE**
Form NVREG04     Batch 7052 Seq 273

Instructions for applying the decal to the rear
license plate are on the reverse of this form.



PEEL HERE

You Must:

- Maintain security (insurance or qualified se___urer) for a motor vehicle, in the registered owner's r___, for the entire time the vehicle is registered/or should be registered in Nevada. **The vehicle must be insured by an insurance company licensed in the State of Nevada.** Out-of-state insurance will not be accepted. Keep evidence of Nevada insurance in the motor vehicle at all times. Trailers are exempt from insurance requirements.
- In order to avoid suspension and reinstatement fees and fines, you must cancel your registration certificate and license plates prior to canceling your insurance. **Remove your plates if you sell this vehicle.** If you do not officially transfer these plates to another vehicle owned by you, you must surrender the license plates to the Department within 60 days.
- Carry this certificate, or a legible copy, in the vehicle. Immediately apply for a duplicate if your registration certificate or license plates/decals are lost, mutilated, or illegible. If your plates are stolen report to the DMV and law enforcement immediately.
- Notify the Department of Motor Vehicles within 30 days of moving to a new address.
- **Reinstatement fees for an insurance lapse range from $250 to $750, and fines ranging from $250 to $1,000 are assessed on a tiered system base on the length of the lapse and the history of previous violation(s).** Fold Here



| Issue Date : 03/27/2012 | OP : 1236 | | | | | | Expires : 03/27/2013 |
| | | | | | | | Decal Number : Q29134 |

Plate Style : SUNSET

Plate Background : SUNSET

| License Number | Year | Make | Type | Model Name | | Cyl | MSRP | Fuel | Axle | Decl Weight | | Unldn Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77342V | 1998 | FEATHER | UT | 53'BOX | | | $150,000.00 | O | 2 | 0 | | 23500 |

Vehicle Identification Number

County Based

4FGL0532XWC802631          WASHOE

SPEED TECHNOLOGIES LLC

9716 S VIRGINIA ST STE 100

RENO NV 89511-4810



VP1 (Rev. 10/2011)                                                                                          (O) 5135



# UMV

Department of Motor Vehicles
555 Wright Way
Carson City, NV 89711-0625
(775) 684-4711

**2012** EXPIRES 3/31/2012

INSTRUCTION ON BACK OF THIS TEAR TAG.

| CARRIER NUMBER | YEAR | MAKE | TYPE | PLATE NUMBER | UNIT NUMBER | AX/STS | UNLADEN WGT | COMBINED GVW | FLT. NO. |
|---|---|---|---|---|---|---|---|---|---|
| 00038704 | 2010 | KENT | ST | 55908T | HT002 | 2 | 25000 | 34000 | NEV900 |

| SERIAL NUMBER | | BASE STATE | FUEL | MONTH | PRINTED | EFFECTIVE | FARM/RANCH | USDOT NO |
|---|---|---|---|---|---|---|---|---|
| 1KKVD5222AL229372 | | NV | 0 | 4 | 3/31/2011 | 4/1/2011 | No | 1946074 |

**ORIGINAL MUST BE KEPT IN VEHICLE.**

PEEL HERE



SPEED TECHNOLOGIES, LLC.
9716 S VIRGINIA
RENO NV 89511

**INSTRUCTIONS:**
1) Remove decal by bending paper along dotted line.
2) Lift edge of decal and slowly peel.
3) See back side for instructions.

PLATES AND REGISTRATION MUST BE RETURNED WHEN NOT OPERATING THE VEHICLE

Form NVREGA03

**You Must:**

- Maintain security (insurance or qualified self-insurer) for a motor vehicle, in the registered owner's name, for the entire time the vehicle is registered/or should be registered in Nevada. **The vehicle must be insured by an insurance company licensed in the State of Nevada.** Out-of-state insurance will not be accepted. Keep evidence of Nevada insurance in the motor vehicle at all times. Trailers are exempt from insurance requirements.
- In order to avoid suspension and reinstatement fees and fines, you must cancel your registration certificate and license plates prior to canceling your insurance. **Remove your plates if you sell this vehicle.** If you do not officially transfer these plates to another vehicle owned by you, you must surrender the license plates to the Department within 60 days.
- Carry this certificate, or a legible copy, in the vehicle. Immediately apply for a duplicate if your registration certificate or license plates/decals are lost, mutilated, or illegible. If your plates are stolen report to the DMV and law enforcement immediately.
- Notify the Department of Motor Vehicles within 30 days of moving to a new address.
- Reinstatement fees for an insurance lapse range from $250 to $750, and fines ranging from $250 to $1,000 are assessed on a tiered system based on the length of the lapse and the history of previous violation(s). Fold Here



Nevada Department of Motor Vehicles

| | |
|---|---|
| Issue Date : 03/27/2012 | OP : 1236 |
| Plate Style : SUNSET | Expires : 03/24/2013 |
| Plate Background : SUNSET | Decal Number : Q29130 |

| License Number | Year | Make | Type | Model Name | Cyl | MSRP | Fuel | Axle | Decl Weight | Unldn Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| 38543V | 2006 | HAULMAI4W | | UTILIT | | $8,156.00 | O | 2 | 10000 | 4819 |

**Vehicle Identification Number**
16HGB28206U049573

**County Based**
WASHOE

SPEED TECHNOLOGIES LLC
9716 S VIRGINIA ST STE 100
RENO NV 89511-4810



VP1 (Rev. 10/2011)

(O) 5135

---

**Place this validated decal on the upper right hand corner of the rear license plate.**

1. Clean and dry plate before affixing new decal.
2. Decal is fragile – peel slowly.
3. Apply decal to upper right-hand corner of the license plate.
4. Rub or press firmly around edges of decal after applying.

Tear Here

This certificate shows registration only (not evidence of ownership) shown on the certificate of title.

**You Must:**

- Maintain security (insurance or qualified se,      urer) for a motor vehicle, in the registered owner's n        , for the entire time the vehicle is registered/or should be registered in Nevada. **The vehicle must be insured by an insurance company licensed in the State of Nevada.** Out-of-state insurance will not be accepted. Keep evidence of Nevada insurance in the motor vehicle at all times. Trailers are exempt from insurance requirements.
- In order to avoid suspension and reinstatement fees and fines, you **must** cancel your registration certificate and license plates prior to canceling your insurance. **Remove your plates if you sell this vehicle.** If you do not officially transfer these plates to another vehicle owned by you, you must surrender the license plates to the Department within 60 days.
- Carry this certificate, or a legible copy, in the vehicle. Immediately apply for a duplicate if your registration certificate or license plates/decals are lost, mutilated, or illegible. If your plates are stolen report to the DMV and law enforcement immediately.
- Notify the Department of Motor Vehicles within 30 days of moving to a new address.
- Reinstatement fees for an insurance lapse range from $250 to $750, and fines ranging from $250 to $1,000 are assessed on a tiered system based on the length of the lapse and the history of previous violation(s). Fold Here



| Issue Date : 03/27/2012 | OP : 1236 | | | | Expires : 03/27/2013 |
| Plate Style : SUNSET | | | | | Decal Number : Q29135 |
| Plate Background : SUNSET | | | | | |

| License Number | Year | Make | Type | Model Name | | Cyl | MSRP | | Fuel | Axle | Decl Weight | | Unldn Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77346V | 2008 | KENTUCK8W | | DROPFR | | 0 | $162,902.00 O | | O | 2 | 34000 | | 25000 |

**Vehicle Identification Number**
1KKVD52268L226565

**County Based**
WASHOE

SPEED TECHNOLOGIES INC
9716 S VIRGINIA ST STE 100
RENO NV  89511-4810



VP1 (Rev. 10/2011)

(O) 5135

Place this validated decal on the upper right hand corner of the rear license plate.

1. Clean and dry plate before        ew decal.
2. Decal is fragile – peel slowly.
3. Apply decal to upper right hand corner of the license plate.
4. Rub or press firmly around edges of decal after applying.

Tear Here

**You Must:**
- Maintain security (insurance or qualified se[  ]urer) for a motor vehicle, in the registered owner's n[  ]  for the entire time the vehicle is registered/or should be registered in Nevada. **The vehicle must be insured by an insurance company licensed in the State of Nevada.** Out-of-state insurance will not be accepted. Keep evidence of Nevada insurance in the motor vehicle at all times. Trailers are exempt from insurance requirements.
- In order to avoid suspension and reinstatement fees and fines, you **must** cancel your registration certificate and license plates prior to canceling your insurance. **Remove your plates if you sell this vehicle.** If you do not officially transfer these plates to another vehicle owned by you, you must surrender the license plates to the Department within 60 days.
- Carry this certificate, or a legible copy, in the vehicle. Immediately apply for a duplicate if your registration certificate or license plates/decals are lost, mutilated, or illegible. If your plates are stolen report to the DMV and law enforcement immediately.
- Notify the Department of Motor Vehicles within 30 days of moving to a new address.
- Reinstatement fees for an insurance lapse range from $250 to $750, and fines ranging from $250 to $1,000 are assessed on a tiered system based on the length of the lapse and the history of previous violation(s). Fold Here



Nevada Department of Motor Vehicles

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Issue Date : 03/27/2012 | | OP : 1236 | | | | | Expires : 03/24/2013 | | |
| Plate Style : SUNSET | | | | | | | Decal Number : Q29131 | | |
| Plate Background : SUNSET | | | | | | | | | |

| License Number | Year | Make | Type | Model Name | Cyl | MSRP | Fuel | Axle | Decl Weight | Unldn Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| 183WSF | 2007 | GENERAL TCW | SIERRA K3500 | | 8 | $32,210.00 | D | 2 | 5999 | 6552 |

**Vehicle Identification Number**
1GTJK33D87F150380

**County Based**
WASHOE

SPEED TECHNOLOGIES LLC
9716 S VIRGINIA ST STE 100
RENO NV  89511-4810



VP1 (Rev. 10/2011)

(O) 5138

1. Clean and dry plate before affixing new decal.
2. Decal is fragile – peel slowly.
3. Apply decal to inner right-hand corner of the license plate.
4. Rub or press firmly around edges of decal after applying.

Place this validated decal on the upper right hand corner of the rear license plate.

Tear Here

## INSURANCE IDENTIFICATION CARD
THIS CARD HAS BEEN APPROVED BY THE COMMISSIONER OF INSURANCE.

STATE:  NEVADA

COMPANY:
Chartis Property Casualty Co

POLICY NO: PCG 0004445758          COMPANY NO: 19402

EFFECTIVE DATE:                    EXPIRATION DATE:
05/15/2011                         05/15/2012

VEHICLE IDENTIFICATION NUMBER:          YEAR
1KKVD4827LL088665                       1990

MAKE/MODEL: KENTUCKY                 DROP FRAME

INSURED:
Speed Technologies Leasing LLC
9716 S Virginia St #100
Reno, NV 89511

AGENCY / COMPANY ISSUING CARD:
Cohn, Reid, O'Neill
2000 Alameda de las Pulgas
Suite 101
San Mateo, CA 94403

THIS POLICY MEETS MINIMUM FINANCIAL RESPONSIBILITY
REQUIREMENTS SET FORTH IN NRS 485.185
SEE IMPORTANT NOTICE ON REVERSE SIDE

ID - NV  (07/01)

CUT HERE

## INSURANCE IDENTIFICATION CARD
THIS CARD HAS BEEN APPROVED BY THE COMMISSIONER OF INSURANCE.

STATE:  NEVADA

COMPANY:
Chartis Property Casualty Co

POLICY NO: PCG 0004445758          COMPANY NO: 19402

EFFECTIVE DATE:                    EXPIRATION DATE:
05/15/2011                         05/15/2012

VEHICLE IDENTIFICATION NUMBER:          YEAR
1KKVD4827LL088665                       1990

MAKE/MODEL: KENTUCKY                 DROP FRAME

INSURED:
Speed Technologies Leasing LLC
9716 S Virginia St #100
Reno, NV 89511

AGENCY / COMPANY ISSUING CARD:
Cohn, Reid, O'Neill
2000 Alameda de las Pulgas
Suite 101
San Mateo, CA 94403

THIS POLICY MEETS MINIMUM FINANCIAL RESPONSIBILITY
REQUIREMENTS SET FORTH IN NRS 485.185
SEE IMPORTANT NOTICE ON REVERSE SIDE

ID - NV  (07/01)

DETACH HERE            DETACH HERE                    DETACH HERE

Your insurance I.D. is a valuable document. You are required by law to keep this card in your insured automobile at all times.  You may need it when renewing your license, vehicle registration or to present, when requested, to a law enforcement officer.  We've provided you with two cards for each of your insured autos.

Our commitment to you, our policyholder, is to provide:

- Prompt and Courteous Customer Service

- Complete coverage that suits your needs

- A 24 hour, toll-free hot-line for reporting claims

- A national network of claims adjusters

- Peace of mind . . .

We'll be there when you need us!

You Must:
- Maintain security (insurance or qualified se___ urer) for a motor vehicle, in the registered owner's n___ for the entire time the vehicle is registered/or should be registered in Nevada. **The vehicle must be insured by an insurance company licensed in the State of Nevada.** Out-of-state insurance will not be accepted. Keep evidence of Nevada insurance in the motor vehicle at all times. Trailers are exempt from insurance requirements.
- In order to avoid suspension and reinstatement fees and fines, you **must** cancel your registration certificate and license plates prior to canceling your insurance. **Remove your plates if you sell this vehicle.** If you do not officially transfer these plates to another vehicle owned by you, you must surrender the license plates to the Department within 60 days.
- Carry this certificate, or a legible copy, in the vehicle. Immediately apply for a duplicate if your registration certificate or license plates/decals are lost, mutilated, or illegible. If your plates are stolen report to the DMV and law enforcement immediately.
- Notify the Department of Motor Vehicles within 30 days of moving to a new address.
- **Reinstatement fees for an insurance lapse range from $250 to $750, and fines ranging from $250 to $1,000 are assessed on a tiered system based on the length of the lapse and the history of previous violation(s).** Fold Here



Nevada Department of Motor Vehicles

**Issue Date :** 03/27/2012    **OP :** 1236

**Plate Style :** SUNSET

**Plate Background :** SUNSET

**Expires :** 03/27/2013

**Decal Number :** Q29133

| License Number | Year | Make | Type | Model Name | | Cyl | MSRP | | Fuel | Axle | Decl Weight | | Unldn Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77343V | 1990 | KENTUCKSE | | BOX | | | $50,000.00 | | O | 2 | 0 | | 20000 |

**Vehicle Identification Number**      **County Based**

1KKVD4827LL086665      WASHOE

SPEED TECHNOLOGIES LEASING LLC

9716 S VIRGINIA ST STE 100

RENO NV 89511-4810

VP1 (Rev. 10/2011)

(O) 5|35

**Place this validated decal on the upper right hand corner of the rear license plate.**

1. Clean and dry plate before affixing new decal.
2. Decal is fragile – peel slowly.
3. Apply decal to upper right hand corner of the license plate.
4. Rub or press firmly around edges of decal after applying.

Tear Here

Place this validated decal on the upper right hand corner of the rear license plate.



1. Verify plate number and decal number match.
2. Clean and dry plate before affixing new decal.
3. Decal is fragile – peel slowly.
4. Apply decal to upper right-hand corner of the license plate.
5. Rub or press firmly around edges of decal after applying.

- - - - - - - - - Tear Here - - - - - - - - -

This certificate shows registered ownership only. Legal ownership is shown on the certificate of title.
**You Must:**
- Maintain security (insurance or qualified self-insurer) for a motor vehicle, in the registered owner's name, for the entire time the vehicle is registered/or should be registered in Nevada. **The vehicle must be insured by an insurance company licensed in the State of Nevada.** Out-of-state insurance will not be accepted. Keep evidence of Nevada insurance in the motor vehicle at all times. Trailers are exempt from insurance requirements.
- In order to avoid suspension and reinstatement fees and fines, you must cancel your registration certificate and license plates prior to canceling your insurance. **Remove your plates if you sell this vehicle.** If you do not officially transfer these plates to another vehicle owned by you, you must surrender the license plates to the Department within 60 days.
- Carry this certificate, or a legible copy, in the vehicle. Immediately apply for a duplicate if your registration certificate or license plates/decals are lost, mutilated, or illegible. If your plates are stolen report to the DMV and law enforcement immediately.
- Notify the Department of Motor Vehicles within 30 days of moving to a new address.
- **Reinstatement fees for an insurance lapse range from $250 to $750, and fines ranging from $250 to $1,000 are assessed on a tiered system based on the length of the lapse and the history of previous violation(s).**    Fold Here



| Issue Date : 01/09/2013 | OP : 3845 | | Expires : 01/04/2014 |
| --- | --- | --- | --- |
| Plate Style : SUNSET | | | Decal Number : 99174A |
| Plate Background : SUNSET | | | |

| License Number | Year | Make | Type | Model Name | Cyl | MSRP | Fuel | Axle | Decl Weight | Unldn Weight |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 075PMT | 2003 | FORD | TCW | F350 SUPER DUTY | 08 | $36,990.00 | D | 2 | 5999 | 6635 |

**Vehicle Identification Number**         **County Based**
1FTWW33F13EA47720                WASHOE

MIDDLEFORK LIMITED PARTNERSHIP
6001 TALBOT LN
RENO NV  89509-6127



'P1 (Rev. 9/2011)

This certificate shows registered ownership only.  Legal ownership is shown on the certi

**You Must:**

- Maintain security (insurance or qualified self-insurer) for a motor vehicle f **VEHICLE MUST BE INSURED BY AN INSURANCE COMPANY LICENSE**
- If you cancel your insurance you must cancel your registration certificate and li reinstatement fees of up to **$250.00.**
- **Remove your plates if you sell this vehicle.** As soon as possible, either officiall surrender the plates to the Department of Motor Vehicles. If plates are not transferr be subject to monetary sanctions.
- Carry this certificate, or a legible copy, in the vehicle.
- Immediately apply for a duplicate if your registration certificate or license plates/de
- Notify the Department of Motor Vehicles within 30 days of moving to a new addres
- Keep evidence of insurance in the motor vehicle.

T E A R · H E R E

**Fold Here**

Place this validated decal on the upper right-hand corner of the rear license plate.



| Issue Date : 12/02/2009 | OP : 3841 | | Expires : 12/03/2010 |
| Plate Style : SUNSET | | | Decal Number : 60680L |
| Plate Background : SUNSET | | | |

| License Number | Year | Make | Type | Model Name | Cyl | MSRP | Fuel | Axle | Decl Weight | Unldn Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| 147SDG | 2005 | CHEVROLTCW | K3500 SILVERADO | | 08 | $41,535.00 | D | 2 | 11400 | 6459 |

| **Vehicle Identification Number** | | **County Based** |
| 1GCTK33215F837101 | | WASHOE |

JOHN A HARRAH FAMILY TRUST
6001 TALBOT LN # R
RENO NV  89509-6127



RD-1 (NSPO Rev. 5-06)

(O) 5135

# EXHIBIT 2

# EXHIBIT 2

Cal-Nevada Towing
1408 Pittman Ave
Sparks, NV 89433
(775) 359-3700 phone
(775) 359-3751 fax

07/24/14
Ref# 114505

Vehicle Identification Number:
5PDCD24237R005292

RECD
JUL 28 2014
BY

Year: 2007          Make: ITMI          Model: BPDECK

As required by Nevada Revised Statute 108.272 this is to inform you that the above described vehicle was towed by Cal-Nevada Towing on 07/19/14 under the authority of Private Party Impound acting as an agent on your behalf, or in your absence.

Demand is being made for payment of $1930.00 for services rendered. Total charges due are as of 07/24/14; storage is accrued at $55.00/day and will continue accruing up to the day of the lien sale auction or until the charges against the vehicle are paid and the vehicle is removed.

Below is an itemized statement of the lien costs incurred:

1. Tow charge: $1500.00

2. Storage fees: $330.00; as of the date of this letter.

3. Total lien fees: $100.00

Payment may be made at 1408 Pittman Ave Sparks, NV 89431 by cash or credit card.

Cal-Nevada Towing is not responsible for any personal effects left in the vehicles.

Please be advised that if payment is not received on or before 09/06/14 prior to the start of the auction the vehicle will be sold by auction at 9:00am, on September 6, 2014 at 1408 Pittman Ave Sparks, NV 89431.

Lien Claimant:
Cal-Nevada Towing
1408 Pittman Ave
Sparks, NV 89431

Registered Owner(s)/Legal Owner(s):
Speed Technologies LLC
9716 S Virginia St Ste 100
Reno, NV. 89511-4810

6001 Talbot Ln
Reno, NV. 89509-6127

Cal-Nevada Towing
1408 Pittman Ave
Sparks, NV 89433
(775) 359-3700 phone
(775) 359-3751 fax

07/24/14
Ref# 114501

JUL 28 2014

Vehicle Identification Number:
3FRWW65X66V251867

Year: 2006          Make: Ford          Model: F650

As required by Nevada Revised Statute 108.272 this is to inform you that the above described vehicle was towed by Cal-Nevada Towing on 07/19/14 under the authority of Private Party Impound acting as an agent on your behalf, or in your absence.

Demand is being made for payment of $1930.00 for services rendered. Total charges due are as of 07/24/14; storage is accrued at $55.00/day and will continue accruing up to the day of the lien sale auction or until the charges against the vehicle are paid and the vehicle is removed.

Below is an itemized statement of the lien costs incurred:

1.  Tow charge:  $1500.00

2.  Storage fees:  $330.00; as of the date of this letter.

3.  Total lien fees:  $100.00

Payment may be made at 1408 Pittman Ave Sparks, NV 89431 by cash or credit card.

Cal-Nevada Towing is not responsible for any personal effects left in the vehicles.

Please be advised that if payment is not received on or before 09/06/14 prior to the start of the auction the vehicle will be sold by auction at 9:00am, on September 6, 2014 at 1408 Pittman Ave Sparks, NV 89431.

Lien Claimant:                          Registered Owner(s)/Legal Owner(s):
Cal-Nevada Towing                       Ranchurrah
1408 Pittman Ave                        6001 Talbot Ln
Sparks, NV 89431                        Reno, NV. 89509-6127

Cal-Nevada Towing
1408 Pittman Ave
Sparks, NV 89433
(775) 359-3700 phone
(775) 359-3751 fax



JUL 28 2014

BY:

07/24/14
Ref# 114504

Vehicle Identification Number:
4JUBF20237N025288

Year: 2007          Make: C&B          Model: Utility

As required by Nevada Revised Statute 108.272 this is to inform you that the above described vehicle was towed by Cal-Nevada Towing on 07/19/14 under the authority of Private Party Impound acting as an agent on your behalf, or in your absence.

Demand is being made for payment of $1930.00 for services rendered. Total charges due are as of 07/24/14; storage is accrued at $55.00/day and will continue accruing up to the day of the lien sale auction or until the charges against the vehicle are paid and the vehicle is removed.

Below is an itemized statement of the lien costs incurred:

1.  Tow charge:  $1500.00

2.  Storage fees:  $330.00; as of the date of this letter.

3.  Total lien fees:  $100.00

Payment may be made at 1408 Pittman Ave Sparks, NV 89431 by cash or credit card.

Cal-Nevada Towing is not responsible for any personal effects left in the vehicles.

Please be advised that if payment is not received on or before 09/06/14 prior to the start of the auction the vehicle will be sold by auction at 9:00am, on September 6, 2014 at 1403 Pittman Ave Sparks, NV 89431.

Lien Claimant:                          Registered Owner(s)/Legal Owner(s):
Cal-Nevada Towing                       Speed Technologies Inc
1408 Pittman Ave                        9716 S Virginia St Ste 100
Sparks, NV 89431                        Reno, NV. 89511-4810

                                        6001 Talbot Ln
                                        Reno, NV. 89509-6127

# EXHIBIT 3

# EXHIBIT 3

Bianchi Estates, LLC
PO Box 2455, Rocklin, CA 95677

(916) 787-0605  Fax (916) 797-1742

July 21, 2014

Mr. John Harrah

HAND DELIVERED

Speed Technologies, LLC
6001 Talbot Lane
Reno, NV 89509

Dear Mr. Harrah:

I am writing in reference to the following items which Speed Technologies, LLC abandoned on the premises following its default on its lease 9716 S. Virginia Street, #100, Reno, NV 89511.

Bianchi Estates, LLC as landlord claims $10,816.00 in unpaid rent for each of the months of May and June, 2014, and $45,200.00, for July through October, 2014; $7,683.00 total for November 2013 through June 2014 for late payments and prior returned check charges; attorney's fees of $18,462.70 through July 20, 2014; payment of $10,825.90 for Bianchi Estates, LLC payment on Speed Technologies, LLC's behalf on July 18, 2014 of the Washoe County tax lien against Speed Technologies, LLC; , charges of Nevada Court Services of $9,502.50 for judicial process and premises civil standby; $880.00 for locksmith and security; $7,850.00 for labor and management for providing access for customers of Speed Technologies, LLC and of its unauthorized sub-tenant to retrieve their property; $6,700.00 for towing and storage charges for abandoned property; and $4,000.00 for utilities, for a total of $132,736.10.  Payment of the total demand is requested within 10 days of your receipt of this notification.

Unless the above total amount is paid within that time the following goods will be advertised for sale and sold by auction at 1408 Pittman Avenue, Sparks, NV 89431 on August 20, 2014 at 10:00 a.m.: race cars and engine parts.

Bianchi Estates, LLC's damages are continuing.

Sincerely,

Lu Bianchi
Bianchi Estates, LLC
P. O. Box 2455
Rocklin, CA 95677

gr

1  Code No. 1520
   RICHARD G. HILL, ESQ.
2  State Bar No. 596
   SOPHIE A. KARADANIS, ESQ.
3  State Bar No. 12006
   RICHARD G. HILL, LTD.
4  652 Forest Street
   Reno, Nevada 89509
5  (775) 348-0888
   Attorneys for defendant
6  Speed Technologies, LLC

7

8           IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

9                     IN AND FOR THE COUNTY OF WASHOE

10

11  TONY HEWES, an individual,              )
                                            )    Case No.: CV14-01401
12                     Plaintiff,           )
                                            )    Dept. No.   7
13  v.                                      )
                                            )
14  BIACHI [sic] ESTATES, LLC, a limited liability )
    company; and SPEED TECHNOLOGIES, LLC,  )
15  a limited liability company; and DOES I-X )
    inclusive.                              )
16                     Defendants.          )
                                            )
17  _____

18           **DECLARATION OF RICHARD G. HILL, ESQ.**

19          RICHARD G. HILL, ESQ., being first duly sworn, deposes and under penalty

20  of perjury avers:

21          1.  I am a resident of the City of Reno, County of Washoe, State of Nevada, and

22  over 18 years of age.  This declaration is based on my personal knowledge, except those

23  matters stated on information and belief, and as to those items I believe them to be true.

24  This declaration is made in support of defendants's *Emergency Motion For Temporary*

25  *Restraining Order, Preliminary and Permanent Injunction* filed herein and represents my

26  testimony if called on to present same in court.

27  ///

28  ///

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0856

1    2. I am an attorney duly licensed as such by the State of Nevada to practice

2 before all courts of this State and maintain my office at 652 Forest Street, Reno, Nevada.

3 I am also licensed to practice before the United States Supreme Court, the Ninth Circuit

4 Court of Appeals and the United States District Court for the District of Nevada.

5    3. I am counsel for defendants Speed Technologies, LLC, and John Harrah.

6    4. Attached as EXHIBIT 1 are true and correct copies of pages I personally

7 downloaded from the internet. The printout shows that Bianchi has an "auction" of Speed

8 Technologies, LLC's property, and possibly that of third parties, scheduled for August 20,

9 2014, at 10:00 a.m.

10    5. I was alerted to this date by Mark Kilburn, Esq., at 11:45 a.m. on Monday,

11 August 18, 2014.

12    6. I am informed and believe that the sale on August 20, 2014, is in addition

13 to the sale scheduled for September 6, 2014.

14    I declare under penalty of perjury under the laws of the State of Nevada that the

15 foregoing is true and correct.

16    **AFFIRMATION Pursuant to NRS 239B.030**

17    The undersigned does hereby affirm that the preceding document does not

18 contain the social security number of any person.

19    DATED this _**18**_ day of August, 2014.

20

21

22    RICHARD G. HILL

23

24

25

26

27

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

28

1

EXHIBIT INDEX

| EXHIBIT NO. | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Internet print-out | 8 |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE
RICHARD  G.  HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

# EXHIBIT 1

# EXHIBIT 1

CL > reno > all for sale / wanted > atvs, utvs, snowmobiles - by owner                    [ account ]

   X prohibited [2]    Posted: 3 days ago

## ATV, Dune Buggy & UTV Auction in Reno





1408 Pittman Avenue
(google map) (yahoo map)

© 2014 craigslist   help   safety   privacy   feedback   cl jobs   terms   about   mobile



Calling all off-roaders! Bar None Auction is conducting a race truck, UTV and racing parts auction in Sparks, NV on August 20th at 10AM. This is a liquidation auction that we are conducting on the behalf of Speed Technologies that will include Superlite & Prolite race trucks, dune buggies, engines, tires and parts. The auction will be held near Reno at 1408 Pittman Avenue, Sparks, NV 89431. http://www.barnoneauction.com/event/racetruck

• do NOT contact me with unsolicited services or offers

post id: 4620403830    posted: 3 days ago    email to friend    ♥ best of [2]

Avoid scams, deal locally Beware wiring (e.g. Western Union), cashier checks, money orders, shipping.

HOME   AUCTIONS   BID & BUY   CONSIGN   ABOUT US   NEWS   CONTACT US

Need Help? 866.372.1700

View Auctions   Bidder Login   Create Account   Get Started   Help      Search...      GO

Bar None Auction ▸ ▸ Racing Car and Engine Parts

## Racing Car and Engine Parts
Wednesday, August 20, 2014 | 10:00 AM Pacific

### 1 Day 22 Hours
to bid until the live auction begins!

Internet Premium: 15%
See Special Terms for additional fees

Participate in this event   Add a reminder for this event   Location: Sparks, NV   Share:   Share { 6 }

**Description:**
NOTICE of PUBLIC LIEN SALE

Bar None Auction
★★★★☆ (223)

866-372-1700

## Information & Special Terms

**Internet Premium:** 15%

**Sales Tax :** 7.75% - Sales tax applied to invoice total, including Internet Premium.

**Participation Requirements:** Valid Credit Card required for bidding approval

more

| Sort By: | Search Catalog: | Go to Lot: | Per Page: | Go to Page: | Viewing: |
|---|---|---|---|---|---|
| Sale Order | GO | GO | 25 | GO | Page 1 of 6 |

Refresh Items   Print Catalog   Increment Table

All Items | Closed Items  Displaying 1 - 25 of 146

### Pro Lite Unlimited Race Truck
Lot # 1 (Sale Order: 1 of 146)

| Categories: Race Cars | Trans.: Custom 5 SPD |
|---|---|
| Make: Pro Lite | Stock #: 144836 |
| Model: Unlimited Race Truck | Serial #: #13 |
| Engine: Custome Chevrolet 4 CYL Racing | |

S/N: #13 Custome Chevrolet 4 CYL Racing Custom John Harrah 5 SPD Tube Roll Cage Frame, Carbon Fiber Body Panels, Four Wheel Independent Suspension, Precision-Metalcraft ...more

High Bid: **$ 5,250.00**
by C****1

BID NOW $5,500.00

or   Enter a maximum bid

Watch this item

### Superlite Championship Training Race Truck
Lot # 2 (Sale Order: 2 of 146)

| Categories: Race Cars | Trans.: Deco 4 Spd Transaxle |
|---|---|
| Make: Superlite Championship | Stock #: 144837 |

High Bid: **$ 3,600.00**
by M****1

BID NOW $3,700.00

or   Enter a maximum bid

Watch this item

Model: Training Race Truck
Engine: Mazda 13B Rotary Engine
Serial #: #1

S/N: #1 Mazda 13B Rotary Engine Deco 4 Spd Transaxle Chromoly Tube Roll Cage Frame, (2) Seats, Four Wheel Independent Suspension, K&N Intake Filter, Oil Cooling System,...more

### Superlite Championship Race Truck
Lot # 3 (Sale Order: 3 of 148)

| Categories: Race Cars | Trans.: Deco 4 Spd Transaxe |
| Make: Superlite Championship | Stock #: 144841 |
| Model: Race Truck | Serial #: SL009 |
| Engine: Mazda 13B Rotary Engine | |

High Bid: **$ 2,400.00**
by M****1

BID NOW $2,500.00

or   Enter a maximum bid

Watch this Item

S/N: SL009 Mazda 13B Rotary Engine Deco 4 Spd Transaxle Chromoly Tube Roll Cage Frame, Carbon Fiber Body Panels, Four Wheel Independent Suspension, K&N Intake Filter, O...more

### Superlite Championship Race Truck
Lot # 4 (Sale Order: 4 of 148)

| Categories: Race Cars | Trans.: Deco 4 Spd Transaxe |
| Make: Superlite Championship | Stock #: 144839 |
| Model: Race Truck | Serial #: FPO1012 |
| Engine: Mazda 13B Rotary Engine | |

High Bid: **$ 1,500.00**
by p****s

BID NOW $1,600.00

or   Enter a maximum bid

Watch this Item

S/N: FPO1012 Mazda 13B Rotary Engine Deco 4 Spd Transaxle Chromoly Tube Roll Cage Frame, Carbon Fiber Body Panels, Four Wheel Independent Suspension, K&N Intake Filter, ...more

### Superlite Championship Race Truck
Lot # 5 (Sale Order: 5 of 148)

| Categories: Race Cars | Trans.: Deco 4 Spd Transaxe |
| Make: Superlite Championship | Stock #: 144838 |
| Model: Race Truck | Serial #: SL002 |
| Engine: Mazda 13B Rotary Engine | |

High Bid: **$ 1,800.00**
by k****6

BID NOW $1,900.00

or   Enter a maximum bid

Watch this Item

S/N: SL002 Mazda 13B Rotary Engine Deco 4 Spd Transaxle Chromoly Tube Roll Cage Frame, Four Wheel Independent Suspension, K&N Intake Filter, Oil Cooling System, Aluminum...more

### Superlite Championship Race Truck
Lot # 6 (Sale Order: 6 of 148)

| Categories: Race Cars | Trans.: Mendeola MD4S 4 Spd Transaxle |
| Make: Superlite Championship | Stock #: 144842 |
| Model: Race Truck | Serial #: SL015 |

High Bid: **$ 3,100.00**
by O****1

BID NOW $3,200.00

or   Enter a maximum bid

Watch this Item

8/18/2014 11:47 AM

**Engine:** Mazda 13B Rotary Engine

S/N: SL015 Mazda 13B Rotary Engine Mendeola MD4S 4 Spd
Transaxle Chromoly Tube Roll Cage Frame, Four Wheel
Independent Suspension, K&N Intake Filter, Oil Cooling
System...more

### Superlite Championship Race Truck
Lot # 7 (Sale Order: 7 of 146)

| | | High Bid: **$ 1,000.00** |
|---|---|---|
| **Categories:** Race Cars | **Trans.:** Deco 4 Spd Transaxle | by J***d |
| **Make:** Superlite Championship | **Stock #:** 144840 | **BID NOW $1,100.00** |
| **Model:** Race Truck | **Serial #:** SL017 | or    Enter a maximum bid |
| **Engine:** Mazda 13B Rotary Engine | | Watch this Item |

S/N: SL017 Mazda 13B Rotary Engine Deco 4 Spd Transaxle
Chromoly Tube Roll Cage Frame, Four Wheel Independent
Suspension, K&N Intake Filter, Oil Cooling System, Borla
Ex...more

### Superlite Championship Race Truck
Lot # 8 (Sale Order: 8 of 146)

| | | High Bid: **$ 850.00** |
|---|---|---|
| **Categories:** Race Cars | **Trans.:** Deco 4 Spd Transaxle | by J***d |
| **Make:** Superlite Championship | **Stock #:** 144844 | **BID NOW $900.00** |
| **Model:** Race Truck | **Serial #:** SL020 | or    Enter a maximum bid |
| **Engine:** Mazda 13B Rotary Engine | | Watch this Item |

S/N: SL020 Mazda 13B Rotary Engine Deco 4 Spd Transaxle
Chromoly Tube Roll Cage Frame, 4 Wheel Independent
Suspension, K&N Intake Filter, Oil Cooling System, Aluminum
Ra...more

### Superlite Championship Race Truck Frame & Parts
Lot # 9 (Sale Order: 9 of 146)

| | | High Bid: **$ 500.00** |
|---|---|---|
| **Categories:** Race Cars | **Engine:** Mazda 13B Rotary Engine | by d***r |
| **Make:** Superlite Championship | **Stock #:** 36227 | **BID NOW $550.00** |
| **Model:** Race Truck Frame & Parts | **Serial #:** D21 | or    Enter a maximum bid |
| | | Watch this Item |

S/N: D21 Mazda 13B Rotary Engine Chromoly Tube Roll Cage
Frame, Four Wheel Independent Suspension, Aluminum
Radiator, ProAm Shifter, Momo Removeble Steering Wheel,
Race...more

### Superlite Championship Race Truck Frame
Lot # 10 (Sale Order: 10 of 146)

| | | Opening Bid: **$ 500.00** |
|---|---|---|
| **Categories:** Industrial Tools | **Stock #:** 36258 | **BID NOW $500.00** |
| **Make:** Superlite Championship Race Truck Frame | **Serial #:** SL024 | or    Enter a maximum bid |
| | | Watch this Item |

S/N-SL024 Chromoly Tube Roll Cage Frame

Case 14-51413-btb    Doc 21    Entered 09/04/14 07:40:48    Page 34 of 36

**Superlite Championship Race Truck Inc.**
Lot # 11 (Sale Order: 11 of 148)

| Categories: Industrial Tools | Stock #: 36259 |
|---|---|
| Make: Superlite Championship Race Truck Inc. | Serial #: SL022 |

High Bid: **$ 500.00**
by P****i

**BID NOW $550.00**

or    Enter a maximum bid

Watch this item

S/N-SL022 Chromoly Tube Roll Cage Frame, Aluminum Radiator, Oil Cooling System Parts, Carbon Fiber Body Panels

---

**Dodge Viper V10 Engine**
Lot # 13 (Sale Order: 12 of 148)

| Categories: Parts & Accessories | Stock #: 145058 |
|---|---|
| Make: Dodge Viper V10 Engine | |

High Bid: **$ 850.00**
by c****z

**BID NOW $900.00**

or    Enter a maximum bid

Watch this item

---

**Chevrolet 4 CYL Custom Engine**
Lot # 14 (Sale Order: 13 of 148)

| Categories: Parts & Accessories | Stock #: 144894 |
|---|---|
| Make: Chevrolet 4 CYL Custom Engine | |

High Bid: **$ 120.00**
by H****1

**BID NOW $130.00**

or    Enter a maximum bid

Watch this item

Aluminum Head, (2) Weber Side Draft Carbs

---

**Chevrolet 4 CYL Custom Engine**
Lot # 15 (Sale Order: 14 of 148)

| Categories: Industrial Tools | Stock #: 145097 |
|---|---|
| Make: Chevrolet 4 CYL Custom Engine | |

High Bid: **$ 160.00**
by f****o

**BID NOW $170.00**

or    Enter a maximum bid

Watch this item

(2) Weber Side Draft Carbs, Custom Aluminum Intake Manifold, Brodix Aluminum Head, High Flow Oil Pump, Stand

---

**Nutech V6 Engine on Stand**
Lot # 16 (Sale Order: 15 of 148)

| Categories: Parts & Accessories | Stock #: 144879 |
|---|---|
| Make: Nutech V6 Engine on Stand | |

High Bid: **$ 425.00**
by Q****1

**BID NOW $450.00**

or    Enter a maximum bid

Watch this item

---

**Mazda 13B Rotary Race Engine**
Lot # 17 (Sale Order: 16 of 148)

| Categories: Industrial Tools | Stock #: 145096 |
|---|---|
| Make: Mazda 13B Rotary Race Engine | |

High Bid: **$ 100.00**
by H****1

**BID NOW $110.00**

or    Enter a maximum bid

Watch this item

**BBR Power Plus V6 Engine**
Lot # 18 (Sale Order: 17 of 146)

Categories: Parts &
Accessories          Stock #: 144901
Make: BBR Power Plus
V6 Engine

High Bid: **$ 425.00**
by K****4

**BID NOW $450.00**

or    Enter a maximum bid

Watch this Item

---

**3.7L V6 Engine**
Lot # 19 (Sale Order: 18 of 146)

Categories: Parts &
Accessories          Stock #: 144900
Make: 3.7L V6 Engine

Opening Bid: **$ 100.00**

**BID NOW $100.00**

or    Enter a maximum bid

Watch this Item

---

**V8 Racing Engine on Stand**
Lot # 20 (Sale Order: 19 of 146)

Categories: Industrial
Tools                Stock #: 145109
Make: V8 Racing Engine
on Stand

Fuel Injected, Deep Sump Oil Pan, Aluminum Intake

High Bid: **$ 1,300.00**
by r****m

**BID NOW $1,400.00**

or    Enter a maximum bid

Watch this Item

---

**Small Block V8 Engine on Stand**
Lot # 21 (Sale Order: 20 of 146)

Categories: Industrial
Tools                Stock #: 144880
Make: Small Block V8
Engine on Stand

Stand

High Bid: **$ 170.00**
by a****r

**BID NOW $180.00**

or    Enter a maximum bid

Watch this Item

---

**Engine Block**
Lot # 22 (Sale Order: 21 of 146)

Categories: Parts &
Accessories          Stock #: 144896
Make: Engine Block

Opening Bid: **$ 100.00**

**BID NOW $100.00**

or    Enter a maximum bid

Watch this Item

---

**Schwartz V6 Aluminum Engine Block**
Lot # 23 (Sale Order: 22 of 146)

Categories: Industrial
Tools                Stock #: 36249
Make: Schwartz V6
Aluminum Engine Block

Engine Block, Rolling Case

Opening Bid: **$ 100.00**

**BID NOW $100.00**

or    Enter a maximum bid

Watch this Item

---

**Transaxle Case**
Lot # 24 (Sale Order: 23 of 146)

Categories: Parts &
Accessories          Stock #: 144899
Make: Transaxle Case

High Bid: **$ 1,300.00**
by s****e

**BID NOW $1,400.00**

or    Enter a maximum bid

Watch this Item

8/18/2014 11:47 AM

**Xtrac Front Transfer Case**

Lot # 25 (Sale Order: 24 of 146)

| Categories: Parts & Accessories | Stock #: 38229 |
| Make: Xtrac Front Transfer Case | Serial #: 425-020 |

High Bid: **$ 20.00**
by R****s

BID NOW $25.00

or    Enter a maximum bid

Watch this item

S/N-425-020

**Transmission Housing**

Lot # 26 (Sale Order: 26 of 146)

| Categories: Parts & Accessories | Stock #: 144697 |
| Make: Transmission Housing | |

Opening Bid: **$ 10.00**

BID NOW $10.00

or    Enter a maximum bid

Watch this item

| Sort By: | Search Catalog: | | Go to Lot: | | Per Page: | Go to Page: | | Viewing: |
|---|---|---|---|---|---|---|---|---|
| Sale Order | | GO | | GO | 26 | | GO | Page 1 of 6 |

© 2013 Bar None Auction. All Rights Reserved.
Employee Store | J4 Cloud | ADP ezLaborManager | Terms & Conditions | Careers