MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
Attorney for Debtor

*Eof 9/4/14*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE

SPEED TECHNOLOGIES, LLC,

Debtor(s).
_____/

BK-N- 14-51413-btb
CHAPTER 11
Hearing Date: OST Requested
and Time:_____
Mtn No. _____
Est Time: 25 Minutes
<u>AFFIDAVIT OF COUNSEL IN SUPPORT
OF MOTION TO SHORTEN TIME</u>

I, Michael Lehners, do hereby swear under the penalty of perjury that the assertions of this affidavit are true.

    1. That I am a resident of Washoe County, Nevada and over 18 years of age. This Affidavit is based upon my personal knowledge except for such matters are stated on information and belief, and to those items, I believe them to be true. This Affidavit is made in support of the pending Motion for Order Shortening Time. This Affidavit represents my testimony if called upon to present same in court.

    2. That I was retained by the Debtor on August 18, 2014 to file the instant bankruptcy. The purpose of the bankruptcy was to stop the sale of substantially all of the Debtor's assets by the Debtor's former landlord, Bianchi Estates.

1

3. That I have spoken to Bianchi Estates' attorney, Sallie Armstrong, Esq., prior to filing this motion. While we seemed to agree that the property needed to be turned over so Bianchi Estates could re-let the premises, we did not come to terms upon the time in which to do it. Ms. Armstrong suggested any motion for turnover be heard on October 2, 2014.

4. As stated in the motion for order shortening time, the Debtor needs immediate access to all of its equipment in order to book clients for its schools and racing activities.

5. That I have offered Ms. Armstrong the following adequate protection: Monthly interest payments at 5.25% on the disputed amount. Payment of pro-rated rent while the equipment is removed from the premises and proof of insurance coverage on the items being removed.

6. That my motion in no way seeks an adjudication of the competing interests in the property held by the Debtor and Bianchi Estates. It only seeks turnover subject to the tender of adequate protection. For those reasons, I do not believe the hearing of this motion on shortened time will result in a burden on this Court's calendar.

FURTHER YOUR AFFIANT SAYETH NOT

Dated: This ___ day of _____ 2014

_____
Michael Lehners

Subscribed and sworn to before me this ___ day of _____, 2014

_____
NOTARY PUBLIC

DOLORES STIGALL
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 03-0540-2 - Expires May 14, 2017

2