MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
email: michaellehners@yahoo.com
(775) 786-1695
Attorney for Debtor

UNITES STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

| | |
|---|---|
| IN RE: | CASE NO.: 14-51413-btb |
| | (Chapter 11) |
| SPEED TECHNOLOGIES, LLC, | |
| | HRG. DATE: _____ |
| Debtor. | AND TIME: _____ |
| _____/ | |

**APPLICATION FOR AN ORDER
AUTHORIZING EMPLOYMENT OF RICHARD G. HILL AS SPECIAL COUNSEL**

COMES NOW, the above-named Debtor by and through its attorney, Michael Lehners, Esq., and applies to this court for an order authorizing the employment of Richard G. Hill as special counsel in the pending Chapter 11 Bankruptcy proceedings.

This application is made and based upon the pleadings on file herein and the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The above-entitled matter was commenced by the filing of a voluntary petition under Chapter 11, Title 11 of the United States Bankruptcy Code on August 19, 2014. Debtor and John Harrah entered into an agreement with

Richard G. Hill, Esq., to represent both of them it in three pending state court actions as follows: CNC Associates, Inc. vs. Speed Technologies, LLC., et al., Second Judicial District Court Case NO.: CV14-01779, Hewes vs. Biachi Estates, LLC., et al., Second Judicial District Court Case No. CV14-01401 and Kisman vs. Speed Technologies, LLC., et al., Second Judicial District Court Case No.: CV13-01863. A copy of the contract is attached hereto as Exhibit "A". Debtor has agreed to pay Richard G. Hill at his hourly rates set forth in the agreement as well as to reimburse it for all costs incurred as a result of the representation of the Debtor in the pending State Court Action.

On August 13, 2014, John Harrah paid to counsel the sum of $5,000.00 on August 13, 2014. Counsel has billed against these funds on both of their behalf prior to the filing of the bankruptcy. Counsel and attorney hereby acknowledge that prior to Counsel being retained on August 13, 2014, debtor owned Counsel no money, however the $5,000.00 has been applied to work done and that, as of the date of this application, he is owed the additional sum of $3,448.00 for work done on the three above cases.

Counsel does not hold or represent any interest adverse to the estate in these proceedings and is a disinterested in party at defined in Title 11 of the United States Code. A copy of Counsel's Declaration is attached hereto as Exhibit "B".

While Mr. Hill may be owed money by the Debtor, he is still a disinterested party under Section 327(e)'s more relaxed standard. As stated by Stoumbos v. Kilimnik 988 F.2d(1949 (9th Cir. 1993), courts have held that,

where the trustee seeks to appoint counsel only as "special counsel" for a specific matter, there need only be no conflict between the trustee and counsel's creditor client with respect to the specific matter itself. In the case at bar, there is no conflict between Mr. Hill and creditors of this estate. This is especially true where Mr. Harrah paid Mr. Hill on behalf of Speed Technologies, LLC.

WHEREFORE, Debtor prays for an order authorizing employment of Richard Hill, Esq., as Special counsel of record with respect to the state court proceedings

DATED this ___ day of September, 2014

_____
MICHAEL LEHNERS, ESQ.
429 Marsh Avenue
Reno, NV 89509
(775) 786-1695
Attorney for Debtor

# EXHIBIT "A"

# TERMS OF REPRESENTATION
## ATTACHMENT

Unless otherwise provided in the engagement letter of even date, these terms and conditions will control our business relationship:

1. **Fees.** We take many factors into account in billing for services rendered. The principal factor is usually the schedule of hourly rates for our staff. Most charges for services are simply the product of the hours worked multiplied by the hourly rates for the attorneys and legal assistants who did the work. Time expended and tasks accomplished are itemized. Currently, our hourly rates are:

| | | |
|---|---|---|
| a) | Richard G. Hill, Esq. | $350.00 per hour |
| b) | Sophie A. Karadanis, Esq. | $200.00 per hour |
| c) | Sherri Hill | $165.00 per hour |
| d) | Sally Gallagher | $165.00 per hour |
| e) | Karen Nielsen | $150.00 per hour |
| f) | Clerical staff | $35.00 per hour (on special projects only) |

Note: We review our rates annually and reserve the right, upon 60 days notice to you, to adjust our fees and charges. You agree to promptly review all bills that we submit, and you further agree that any billing disputes not raised within 30 days after you receive a bill from us are waived.

2. **Costs Advanced.** Often it is necessary for our office to incur expenses on your behalf for items such as filing fees, depositions, travel, lodging, meals, long-distance telephone calls, messengers, and ancillary services such as computerized research and necessary clerical staff overtime. All of these are billed to you at our actual cost, with the exception of copies (at 15¢ per page). (Note: These charges are also reviewed annually and may be adjusted based in relation to our cost.) Items in both of these categories are

///

///

LAW OFFICE
RICHARD G. HILL,
LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax (775) 348-0858

separately itemized on our statements as "Expenses." On occasion, when we foresee that costs advanced on a matter may amount to a substantial sum, we reserve the right to ask you to pay them directly or to fund them in advance. Also, we utilize computerized research with Westlaw and other internet based services. We maintain a significant program with them which we absorb as overhead. However, occasionally we incur specific charges on specific cases which are billed to the client without markup. Finally, please understand that it often takes a month or two for costs which we incur to actually make it to your bill, so even if a matter is concluded, it may take additional time for all costs to be posted to your account.

We primarily practice in the field of commercial and business litigation. These cases are almost always based on a large array of documents and similar proof. Over the years, we have found that judges and juries process that information best when they can read it for themselves. Therefore, the ability to blow up and discuss images and documents in court during a trial or hearing may be critical to our effective presentation of your case. Accordingly, you should anticipate that we will need to have all (or at least most) of the pertinent documents and photographs in your case (ours and theirs) scanned into an electronic format. The cost to have it done is modest (i.e., 10¢ per page), and is a necessity in today's world.

3. <u>Late Payment</u>. Our statements generally will be prepared and mailed shortly after the close of the month in which services are rendered and costs advanced. We expect payment within 15 days after the statement date. To be fair to those clients who pay their statements promptly (by avoiding the higher fees that would reflect the added cost incurred from carrying delinquent accounts), a monthly service charge will be added for late payments. This service charge, assessed against all fees and costs which were previously billed and remain unpaid 45 days after the date of the prior statement, is calculated at a rate equal to 1% per month (12% APR) of the unpaid balance.

///

///

LAW OFFICE
RICHARD G. HILL,
LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

4. <u>Insurance</u>. If you are insured for all or any portion of the costs of our representation, we will cooperate with you in providing information to the carrier regarding your claim, including sending to them, at your request, copies of our bills. Unfortunately, insurance carriers frequently take the position, rightly or wrongly, that their particular policy obligations do not require them to pay for the entire amount of attorneys' fees and costs reasonably billed by your counsel. Moreover, insurance carriers frequently do not pay the fees and costs of their insured's counsel on a current basis. For these reasons, our fees and costs will be billed directly to you, and payment will be due from you on a current basis, whether or not your carrier eventually reimburses you.

5. <u>Funds Held in Trust</u>. If we receive any funds or property from you or from others to be held in trust for your account or benefit, we will deposit those funds into our trust account, or otherwise segregate same. You agree that we are authorized to endorse any checks received payable to you in settlement, or otherwise, for deposit into our trust account. Money in our trust account does not earn interest for you, and we are not, under any circumstances, liable to you for any interest on any money in our trust account. For your information, we are participants in the State Bar of Nevada's IOLTA program, pursuant to which, the interest on trust account monies is paid to the State Bar Association of Nevada. They use those funds to compensate clients whose lawyers have wrongfully taken their clients' money. The trust account is maintained at a federally insured institution. Upon reasonable request, a full and complete accounting, including copies of any canceled checks, will be provided. Monies deposited by you in our trust account will be withdrawn in our discretion for application to fees and/or costs owed to us at the end of the month when bills are sent out. All activity on your behalf will be reflected on our monthly bills. You agree to review all bills promptly and advise us within 15 days of your receipt of our bill of any issues regarding payments made from funds held in our trust account.

///

///

LAW OFFICE
RICHARD G. HILL,
LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

1        6. <u>Termination</u>. We do not presently foresee circumstances that would lead to
2  termination of our business relationship other than completion of all the tasks anticipated
3  on your behalf. However, Nevada law allows a client the right to terminate the representa-
4  tion by an attorney or law firm at any time. Subject to giving you reasonable notice to
5  arrange alternate counsel, we retain the same right to terminate representation. Please
6  understand, while the client must have faith in the lawyer, the lawyer must also have faith
7  that the client is cooperative and not using the lawyer's services to accomplish any improper
8  purposes.

9        Nevada law allows attorneys both a retaining lien and a charging lien as security
10 for payment. We both agree that should we withdraw as your counsel from a lawsuit, the
11 court in which your matter is pending will have jurisdiction to decide all fees and related
12 issues between us. At the termination of our representation, we will make your file
13 available for copying, with the costs to be split equally between us, provided your account
14 is otherwise paid in full.

15       7. <u>Disputes</u>. Nevada law will apply to any disputes between us, and all
16 proceedings (whether before a court or otherwise) will be filed and conducted exclusively
17 in Reno, Nevada. If a judgment is rendered or a settlement agreement is obtained in a
18 litigation matter in which we represent you, we reserve the right to perfect a lien on the
19 proceeds or other property recovered to the extent of any unpaid sums owed.

20       8. <u>Subsequent Matters</u>.

21       a) In the event that you ask us to represent you in other matters, then, unless
22 we agree otherwise in writing, these terms and the attached letter will continue to govern
23 those representations as well. Of course, each new engagement will be undertaken at our
24 then-prevailing hourly rates and may involve different personnel from our office. We will
25 always have the right to decline to represent you in new matters, or to condition our
26 acceptance upon your payment of a retainer, or other revised terms.

27 ///
28 ///

LAW OFFICE
RICHARD G. HILL,
LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

b) In the event a judgment is recovered in your favor within the scope of our representation of you, the statutory renewal of that judgment (which will have a life of six years under Nevada law) will not be within the scope of this agreement and will require an additional agreement for services.

c) If, either during or after our representation of you in any matter, we are contacted by others related to the matter(s) on which we represented you, or are served with a subpoena, subpoena duces tecum, or other similar order, we will assert the attorney-client privilege on your behalf unless otherwise directed by you. You agree to pay reasonable compensation for all time spent (and costs advanced) in that process.

9. <u>Integrated Agreement; Modifications</u>. These terms and the attached letter are our entire agreement on the subjects addressed, and there are no other or additional understandings between us on those subjects, written or oral. Any modification or addition to this agreement must be made in a writing signed by the party adversely affected by the change.

10. <u>Warranties</u>. There are no promises of result. First, there are too many factors beyond our control. Second, decisions in legal matters are made by clients, judges and juries, not lawyers.

11. <u>Associates</u>. We reserve the right to delegate work to associates. This may include associate lawyers and/or interns appearing in cases in court on your behalf, provided we maintain professional responsibility for all work.

12. <u>Tax Advice</u>. There are typically tax consequences (both state and federal) to transactions and lawsuits. We do not give tax advice. Accordingly, you will need to consult with your own accountant or other tax advisors, and we have the right to presume that you have obtained all tax and accounting advice you deem appropriate.

///

///

LAW OFFICE
RICHARD G. HILL,
LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

13. <u>Risks of Litigation</u>. You need to understand that whether you are a plaintiff or a defendant, there is a risk that you could suffer an adverse result, and even be held liable for the fees and costs of the other party or parties to any litigation. There are no guarantees of a favorable result.

RICHARD G. HILL, LTD.

DATED _____  By ____/s/ 7/31/14____
RICHARD G. HILL, ESQ.
SOPHIE A. KARADANIS, ESQ.

DATED Aug 19, 2014  ____/s/____
John Harrah, individually

SPEED TECHNOLOGIES, LLC

Dated: Aug 19, 2014  By ____/s/____
its ____Pres.____

MIDDLEFORK LIMITED PARTNERSHIP

Dated: Aug 19, 2014  By ____/s/____
its ____Pres.____

SPEED TECHNOLOGIES LEASING, LLC

Dated: Aug 19, 2014  By ____/s/____
its ____Pres.____

revised 3/17/14

LAW OFFICE
RICHARD G. HILL,
LTD.
552 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

-6-

# EXHIBIT "B"

## DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION TO EMPLOY ATTORNEY AS SPECIAL COUNSEL.

I, Richard Hill, Esq. declare under penalty of perjury that the information contained in the application of employment by the bankruptcy estate is true and correct; that I am the professional to be employed in this matter; that I have no connections with the creditors or any other party in interest, their respective attorneys and accountants, the <u>United States Trustee</u>, or any person employed in the office of the United States Trustee and that I do not hold or represent any interest adverse to the estate in these proceedings and that I am a disinterested party as defined in Title 11 of the United States Code.

DATED this 2nd day of September, 2014

Richard Hill, Esq.