PARSONS BEHLE & LATIMER
Rew R. Goodenow, NV Bar No. 3722
50 W Liberty Street; Suite 750
Reno NV  89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
rgoodenow@parsonsbehle.com

E-filed: September 4, 2014

Attorneys for Creditor Cal-Nevada Towing

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>SPEED TECHNOLOGIES, LLC,<br><br>Debtor. | Case No. BK-N-14-51413-btb<br><br>**Chapter 11**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULE 2002** |

PLEASE TAKE NOTICE that Rew R. Goodenow of Parsons Behle & Latimer, attorney for Creditor Cal-Nevada Towing, hereby requests, pursuant to Bankruptcy Rule 2002, special notice of all motions, applications, hearings, orders, writings, proceedings, and the like in the above-captioned matters including, but not limited to, the following:

(a)   All matters and papers which must be sent to creditors, equity security holders, or the unsecured creditors' committee;

(b)   All matters regarding relief from the automatic stay under Section 362 of the Bankruptcy Code;

(c)   All matters regarding the use, the sale, or the lease of the Debtor's property under Section 363 of the Bankruptcy Code;

(d)   All matters regarding the obtaining of credit under Section 364 of the Bankruptcy Code;

PARSONS
BEHLE &
LATIMER

99997.802/4813-8106-1918.1

(e)     All matters regarding executory contracts and unexpired leases under Section 365 of the Bankruptcy Code;

(f)     All matters regarding the time requirements to file claims against the Debtor;

(g)     All matters regarding reorganization of the Debtor, including a copy of any disclosure statement or plan or reorganization;

(h)     All matters regarding any adversary proceeding filed by or against the Debtor; and

(i)     All documents filed by any party in any adversary proceeding.

Neither this request for notice, nor any subsequent appearance, pleadings, claim, proof of claim, document, suit, motion, or any other writing or conduct shall constitute a waiver by these creditors of the following rights:

(a)     Right to have any final orders in any non-core matters entered only after de novo review by a United States District Judge;

(b)     Right to trial in any proceeding in which this right exists, whether the right be designed legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under 28 U.S.C. Section 157(b)(2)(H), and whether the right is asserted under statute or the United States Constitution;

(c)     Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or

(d)     Other rights, claims, actions, defenses, set-offs, recoupments, or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

Cal-Nevada Towing further request that all such notices be addressed to it as follows:

> Rew R. Goodenow
> PARSONS BEHLE & LATIMER
> 50 W. Liberty Street, Suite 750
> Reno, NV 89501
> (775) 323-1601
> (775) 348-7250 (Facsimile)
> Email: rgoodenow@parsonsbehle.com

Dated: September 4, 2014                    PARSONS BEHLE & LATIMER

By: *(signature)*
Rew R. Goodenow

Attorneys for Creditor Cal-Nevada Towing

**CERTIFICATE OF SERVICE**

    I hereby certify that on this ___4___ day of September, 2014, I caused to be filed and served through the Bankruptcy Court's ECF system, a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULE 2002, to:

Sallie B. Armstrong  
100 W. Liberty Street, Suite 900  
Reno, NV 89501  
(775) 329-5900  
sarmstrong@downeybrand.com  
Attorney for Bianchi Estates LLC

Michael Lehners  
429 Marsh Ave.  
Reno, NV 89509  
(775) 786-1695  
michaellehners@yahoo.com  
Attorney for Debtor

US Trustee-RN-11  
USTPRegion17.RE.ECF@usdoj.gov

_____  
Employee of Parsons Behle & Latimer

99997.4842-9210-5758.1