```
PAUL J. MALIKOWSKI, ESQ., NSB #980
Post Office Box 9030
Reno, Nevada  89507-9030
(775) 786-0758
State Court Attorney for Landlord
BIANCHI ESTATES, LLC
E-filed: October 23, 2014
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:

SPEED TECHNOLOGIES, LLC,

    Debtor.

                                Case No. BK-N-14-51413-btb

                                Chapter 11

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULE 2002

    PLEASE TAKE NOTICE that Paul J. Malikowski, attorney for Landlord **Bianchi Estates, LLC**, hereby requests, pursuant to Bankruptcy Rule 2002, special notice of all motions, applications, hearings, orders, writings, proceedings, and the like in the above-captioned matters including, but not limited to, the following:

(a) All matters and papers which must be sent to creditors, equity security holders, or the unsecured creditors' committee;

(b) All matters regarding relief from the automatic stay under Section 362 of the Bankruptcy Code;

PAUL MALIKOWSKI, ESQ.
BOX 9030
RENO, NEVADA 89507
775.786.0758
NEVADA - CALIFORNIA
WWW.NVLAW.COM
800.331.9501
FAX/VOICEMAIL

(c) All matters regarding the use, the sale, or the lease of the Debtor's property under Section 363 of the Bankruptcy Code;

(d) All matters regarding the obtaining of credit under Section 364 of the Bankruptcy Code;

(e) All matters regarding executory contracts and unexpired leases under Section 365 of the Bankruptcy Code;

(f) All matters regarding the time requirements to file claims against the Debtor;

(g) All matters regarding reorganization of the Debtor, including a copy of any disclosure statement or plan or reorganization;

(h) All matters regarding any adversary proceeding filed by or against the Debtor; and

(i) All documents filed by any party in any adversary proceeding.

Neither this request for notice, nor any subsequent appearance, pleadings, claim, proof of claim, document, suit, motion, or any other writing or conduct shall constitute a waiver by these creditors of the following rights:

(a) Right to have any final orders in any non-core matters entered only after de novo review by a United States District Judge;

(b) Right to trial in any proceeding in which this right exists, whether the right be designed legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation vel non of the proceeding as "core" under 28 U.S.C. Section 157(b)(2)(H), and whether the right is asserted under statute or the United States Constitution;

(c) Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or

(d) Other rights, claims, actions, defenses, set-offs, recoupments, or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a

PAUL MALIKOWSKI, ESQ.
BOX 9030
RENO, NEVADA 89507
775.786.0758
NEVADA ~ CALIFORNIA
WWW.NVLAW.COM
800.331.9501
FAX/VOICEMAIL

concession or admission of jurisdiction in this case or before this Court.

Bianchi Estates, LLC further requests that all such notices be addressed to it as follows:

PAUL J. MALIKOWSKI, ESQ.
Post Office Box 9030
Reno, Nevada 89507-9030
(775) 786-0758
(800 331-9501 (Facsimile)
Email: paul@nvlaw.com

Dated: October 23, 2014

MALIKOWSKI LAW OFFICES, LTD.

By: _____
PAUL J. MALIKOWSKI, ESQ.

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October, 2014, I caused to be filed and served through the Bankruptcy Court's ECF system, a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULE 2002, to:

Sallie B. Armstrong
100 W. Liberty Street, Suite 900
Reno, NV 89501
(775) 329-5900
sarmstrong@downeybrand.com
Attorney for Bianchi Estates LLC

Michael Lehners
429 Marsh Ave.
Reno, NV 89509
(775) 786-1695
michaellehners@yahoo.com
Attorney for Debtor

PAUL MALIKOWSKI, ESQ.
BOX 9030
RENO, NEVADA 89507
775.786.0758
NEVADA ~ CALIFORNIA
WWW.NVLAW.COM
800.331.9501
FAX/VOICEMAIL

-3-

PARSONS BEHLE & LATIMER
Rew R. Goodenow, NV Bar No. 3722
50 W Liberty Street; Suite 750
Reno NV 89501
(775).323.1601
rgoodenow@parsonsbehle.com
Attorneys for Creditor Cal-Nevada Towing

US Trustee-RN-11
USTPRegion17.RE.ECF@usdoj.gov


*Sue C. Birrell*
Legal Assistant to
PAUL J. MALIKOWSKI, ESQ.

PAUL MALIKOWSKI, ESQ.
BOX 9030
RENO, NEVADA 89507
775.786.0758
NEVADA ~ CALIFORNIA
WWW.NVLAW.COM
800.331.9501
FAX/VOICEMAIL